IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CAMBRIDGE MOBILE          :
TELEMATICS, INC.,          :
                          :
      Plaintiff,          :
                          :
      v.          :          Civil Action No. 22-1260-RGA
                          :
ZENDRIVE, INC.,          :
                          :
      Defendant.          :

**ORDER SETTING RULE 16(b) CONFERENCE**

1.    A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, September 5, 2023, at 9:00 a.m.**, in Courtroom 6A of the Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2.    Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement.  The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website.  No later than 2 business days before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3.    The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.


July 24, 2023                               /s/ Richard G. Andrews
Date                                         United States District Judge